

# United States District Court
# Eastern District of California

| BelAir Electronics, Inc. | Case Number: 2:25-cv-02252-SCR |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Westside Lab, Inc. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Margaret Alice Burke hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Westside Lab, Inc.

On 03/24/1993 (date), I was admitted to practice and presently in good standing in the Appellate Division of the Supreme Court NY (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/27/2025    Signature of Applicant: /s/ Margaret Alice Burke/

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Margaret Alice Burke |
| Law Firm Name: | n/a |
| Address: | 51-7 Fugui Rd |
| | XinZhuang District |
| City: | New Taipei City TAIWAN |
| State: | |
| Zip: | 242045 |
| Phone Number w/Area Code: | (571) 335-7752 |
| City and State of Residence: | New Taipei City, TAIWAN |
| Primary E-mail Address: | uspatentattorney.m.burke@gmail.com |
| Secondary E-mail Address: | margaretburke@prodigy.net |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Zachary T. Page |
| Law Firm Name: | Thompson Hine LLP |
| Address: | 2049 Century Park East |
| | Suite 3500 |
| City: | Los Angeles |
| State: | CA |
| Zip: | 90067 |
| Phone Number w/Area Code: | (310) 998-9100 |
| Bar #: | 293885 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 29, 2025

_____
MAGISTRATE JUDGE, U.S. DISTRICT COURT



## Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Margaret Alice Burke

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 24, 1993**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on August 25, 2025.*

Clerk of the Court

CertID-00247429

Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
Presiding Justice

**DARRELL M. JOSEPH**
Clerk of the Court

**KENNETH BAND**
**MELISSA KRAKOWSKI**
Deputy Clerks

**WENDY STYNES**
**LAUREN G. DOME**
**BRIAN E. KENNEDY**
**RIAD P. WILLIAMS**
Associate Deputy Clerks

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

Bar examination history is available from the [New York State Board of Law Examiners](#).

Instructions, forms and links are available on [this Court's website](#).

Darrell M. Joseph
Clerk of the Court

Revised October 2024