UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BELAIR ELECTRONICS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>WESTSIDE LAB, INC. (dba CASETiFY),<br><br>   Defendant. | Case No. 2:25-cv-02252-SCR<br><br>[~~PROPOSED~~] ORDER GRANTING STAY |

Before this Court is Plaintiff BelAir Electronics, Inc.'s ("BelAir") and Defendant Westside Lab, Inc.'s (dba CASETiFY) ("CASETiFY") (collectively, the "Parties") Stipulated Joint Motion to Stay these proceedings pending resolution of the *ex parte* reexaminations ("EPRs").

Pursuant to the Parties' Stipulated Joint Motion, the Court finds good cause exists to stay these proceedings and therefore GRANTS a stay of these proceedings pending resolution of the EPRs.

IT IS SO ORDERED this 14th day of October, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE